LAZARUS LUZZATTO, Respondent, v. HARRY KAPLAN, Appellant.— Determination affirmed, with costs, on the ground that the transaction did not constitute a loan of money, upon which alone usury can be predicated.* Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAX ROTH, Respondent, v. ESTHER ROTH, Appellant.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SUNGLO COMPANY, INC., Appellant, v. CALIFORNIA PRODUCTS COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LEON ROSENFELD v. MINNIE ROSENFELD.— Motion for stay granted on condition that appeal be ready for argument on March 24, 1922, for which day argument is peremptorily set. If not so ready, motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

CLARENCE H. VENNER v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for stay granted on condition that appeal in General Investment Company against this defendant† be ready for argument on March 24, 1922, for which day argument is peremptorily set. If not so ready, motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

DANIEL J. CAMPAU v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for stay granted on condition that appeal in General Investment Company against this defendant† be ready for argument on March 24, 1922, for which day argument is peremptorily set. If not so ready, motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

LILLIAN KUELL v. WILLIAM KUELL.— Motion for stay granted on condition that appeal be ready for argument on March 24, 1922, for which day argument is peremptorily set. If not so ready, motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

ALBERT F. ANDERSON v. INDEPENDENT LAMP AND WIRE COMPANY.— Motion for stay granted on condition that appeal be ready for argument on March 24, 1922, for which day argument is peremptorily set. If not so ready, motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.‡

WILFRED V. N. POWELSON, Respondent, v. THE PROCTER & GAMBLE COMPANY, Appellant. (No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of the opinion in *Powelson* v. *Procter & Gamble Co.*, *No. 1* [200 App. Div. 447], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

UNITED FRUIT COMPANY, Appellant, v. ALEJANDRO ANGEL & Co., INC., Respondent, Impleaded with Another. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell, and Greenbaum, JJ.

UNITED FRUIT COMPANY, Appellant, v. ALEJANDRO ANGEL & Co., INC., Respondent, Impleaded with Others. (No. 2.) — Order affirmed, with ten dollars costs and

---

* See General Business Law, §§ 370, 371.— [REP.

† See *General Investment Co.* v. *Interborough R. T. Co.* (200 App. Div. 794). — [REP.

‡ See *post*, p. 852.— [REP.